■ In the Matter of IRENE LEUNG, Appellant, v NEW YORK CITY DEPARTMENT OF BUILDINGS et al., Respondents. [997 NYS2d 322]—Proceeding pursuant to CPLR article 78 to review a determination of the Environmental Control Board of the City of New York, dated February 16, 2012, which confirmed a determination of an administrative law judge dated July 11, 2011, finding, after a hearing, that the petitioner violated Administrative Code of the City of New York §§ 28-210.1 and 28-202.1.

Adjudged that the determination dated February 16, 2012, is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

Contrary to the petitioner's contention, the testimony of the building inspector who issued a notice of violation to her provided substantial evidence to support the determination of the Environmental Control Board of the City of New York that the petitioner violated sections 28-210.1 and 28-202.1 of the Administrative Code of the City of New York (see Administrative Code of City of NY § 27-2004 [a] [4]; NY City Building Code [Administrative Code of City of NY, tit 28, ch 7] § BC 310.2).

The petitioner's remaining contentions are not properly before this Court. Balkin, J.P., Leventhal, Hall and Hinds-Radix, JJ., concur.